## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THE HILLS AT LEHIGH VALLEY, LP, | : No. 84 MAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| COUNTY OF NORTHAMPTON | : |
| REVENUE APPEALS BOARD AND | : |
| BETHLEHEM AREA SCHOOL DISTRICT | : |
| AND COUNTY OF NORTHAMPTON, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.